```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 19366
   PATRICIA TORRIJOS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-7492


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/13/05 and confirmed on 08/11/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  12233.88 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED | 2400.00 | 278.15 | 2400.00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1336.33 | .00 | 368.72 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3179.72 | .00 | 877.35 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6699.54 | .00 | 1848.53 |
| GIRGIS & ASSOC | UNSECURED | 134.00 | .00 | 36.97 |
| DUPAGE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 284.57 | .00 | 78.52 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 591.15 | .00 | 163.11 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE ANES ASSOC LTD | UNSECURED | 950.40 | .00 | 262.23 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |

```
HINSDALE HOSPITAL            UNSECURED        NOT FILED              .00           .00
HINSDALE HOSPITAL            UNSECURED        NOT FILED              .00           .00
KOHLS                        UNSECURED           766.61              .00        211.52
QUEST DIAGNOSTICS            UNSECURED        NOT FILED              .00           .00
SEARS BKRUPTCY RCVRY MGM     UNSECURED        NOT FILED              .00           .00
SUBURBAN RADIOLIGISTS        UNSECURED        NOT FILED              .00           .00
SUBURBAN RADIOLIGISTS        UNSECURED        NOT FILED              .00           .00
RESURGENT CAPITAL SERVIC     UNSECURED          2303.31              .00        635.53
CHASE HOME FINANCE           MORTGAGE ARRE     2074.02              .00       2074.02
CAPITAL ONE AUTO FINANCE     UNSECURED           551.71              .00        152.23
        Summary of disbursements:
------------------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED         OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   4474.02        .00      16797.34           .00      21271.36
PRINCIPAL PAID       4474.02        .00       4634.71           .00       9108.73
INTEREST PAID         278.15        .00            .00          .00        278.15
TOTAL PAID           4752.17        .00       4634.71           .00       9386.88
```

The Debtor's attorney, JOHN C DENT                , was allowed $   2700.00
and was paid $    400.00  direct and $   2300.00  through the plan.

The Trustee received $    547.00 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 08/19/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 05 B 19366 PATRICIA TORRIJOS